IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBBIE HILL; GWENNA HILL;
JOSEPH SMITH; CATHERINE SMITH;
KATHY L. HAMILTON; JERRY VAN WORMER;
RANDY PALMER; JOYCE PALMER; LARRY KING;
MARGARET KING; ADAM KOFOID;
BRADLEY HOPPER; CRYSTAL HOPPER;
COREY WARDEN; and JULIE WARDEN                              PLAINTIFFS

v.                         No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY;
CHESAPEAKE ENERGY;
and XTO ENERGY                                              DEFENDANTS

ORDER

The Court notes the parties' Rule 26(f) reports and the motion to join SEECO. The Court looks forward to Plaintiffs' response on the joinder/jurisdiction issues, which is due (by the Court's count) by 25 November 2013. Discovery should proceed in the meantime. The parties should make initial disclosures by 27 November 2013. A hearing seems necessary to sort out the schedule and discovery issues. The Court's staff will contact counsel soon to find a mutually convenient date during the next few weeks.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2013