## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBBIE HILL; GWENNA HILL;**
**JOSEPH SMITH; CATHERINE SMITH;**
**KATHY L. HAMILTON; JERRY VAN WORMER;**
**RANDY PALMER; JOYCE PALMER; LARRY KING;**
**MARGARET KING; ADAM KOFOID; BRADLEY**
**HOPPER; CRYSTAL HOPPER; COREY WARDEN;**
**JULIE WARDEN; DALE STROUD; KARI STROUD;**
**and BEVERLY STRAIN EADS, Trustee of Beverly Strain**
**Eads Revocable Living Trust**                         **PLAINTIFFS**

v.                        No. 4:12-cv-500-DPM

**SOUTHWESTERN ENERGY COMPANY;**
**CHESAPEAKE ENERGY;  XTO ENERGY;**
**and SEECO INC.**                              **DEFENDANTS**

### ORDER

Plaintiffs' stipulation, like the one filed in *Kay v. Peak,* 4:13-cv-487, is due

13 June 2014.  On seismic data, the Court encourages the parties to keep

working together on either the interrogatories or a confidentiality/protocol

agreement.  Joint report due by 13 June 2014.  They should also work together

to narrow the list of Rule 30(b)(6) deponents to as few as possible.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_23 May 2014_