IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBBIE HILL; GWENNA HILL;
JOSEPH SMITH; CATHERINE SMITH;
KATHY L. HAMILTON; JERRY VAN WORMER;
RANDY PALMER; JOYCE PALMER; LARRY KING;
MARGARET KING; ADAM KOFOID; BRADLEY
HOPPER; CRYSTAL HOPPER; COREY WARDEN;
JULIE WARDEN; DALE STROUD; KARI STROUD;
and BEVERLY STRAIN EADS, Trustee of Beverly Strain
Eads Revocable Living Trust                                        PLAINTIFFS

v.                              No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY;
CHESAPEAKE ENERGY; XTO ENERGY;
and SEECO INC.                                                     DEFENDANTS

### ORDER

Agreed motion, № 118, granted. All claims against Chesapeake Energy are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2014