IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBBIE HILL; GWENNA HILL;
JOSEPH SMITH; CATHERINE SMITH;
KATHY L. HAMILTON; JERRY VAN WORMER;
RANDY PALMER; JOYCE PALMER; LARRY KING;
MARGARET KING; ADAM KOFOID; BRADLEY
HOPPER; CRYSTAL HOPPER; COREY WARDEN;
JULIE WARDEN; DALE STROUD; KARI STROUD;
and BEVERLY STRAIN EADS, Trustee of Beverly Strain
Eads Revocable Living Trust          PLAINTIFFS

v.                    No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY;
XTO ENERGY; and SEECO INC.          DEFENDANTS

ORDER

Joint report, № 125, noted. After much discussion, and consideration of alternatives, the interrogatories and related Rule 30(b)(6) deposition were the agreed resolution. Request for production of background information denied. Plaintiffs can explore these issues in detail during the deposition. SEECO's answers provide Plaintiffs enough information to use in preparation with Plaintiffs' expert. If raw seismic data turns out after the deposition to be critical, we'll revisit the issue along the lines discussed at the hearing. Request for extension of deadlines denied: the parties must find a mutually convenient date for the deposition on the current timetable. The Court has

just amended the Scheduling Order and declines to do so again absent extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 August 2014