IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBBIE HILL; GWENA HILL;
JOSEPH SMITH; CATHERINE SMITH;
KATHY L. HAMILTON; JERRY
VAN WORMER; RANDY PALMER; JOYCE
PALMER; LARRY KING; MARGARET KING;
ADAM KOFOID; BRADLEY HOPPER; CRYSTAL
HOPPER; COREY WARDEN; JULIE WARDEN;
DALE STROUD; KARI STROUD; and BEVERLY
STRAIN EADS, Trustee of the Beverly Strain
Eads Revocable Living Trust                                           PLAINTIFFS

v.                       No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY;
SEECO, INC.; and XTO ENERGY INC.                                      DEFENDANTS

## ORDER

The Court notes the parties' stipulation, № 129. All Plaintiffs' claims against XTO Energy, Inc. are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2014