IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY VAN WORMER; RANDY PALMER; JOYCE
PALMER; ADAM KOFOID; BRADLEY HOPPER;
CRYSTAL HOPPER; COREY WARDEN; JULIE
WARDEN; DALE STROUD; KARI STROUD;
and BEVERLY STRAIN EADS, Trustee of the
Beverly Strain Eads Revocable Living Trust            PLAINTIFFS

v.            No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY and
SEECO, INC.            DEFENDANTS

ORDER

1. Joint status report, № 143, noted. ADEQ and AOGC documents relied upon by Dowdle should be produced with all not-yet-produced documents, as agreed. № 143 at 2, ¶ 4. By 14 November 2014, all parties must also identify any AOGC or ADEQ document on which they intend to rely in phase 1 that was not produced in connection with an expert or otherwise identified in response to discovery. Identification, not production, is all that's required.

2. The April 2015 trial date is canceled. Counsel should hold 23 March 2015 at 9:00 a.m. for a hearing on phase 1 motions and the week of 10 August

2015 for trial. We all need to be prepared to move quickly, because of this case's age, if we go into phase 2.

**3.** The parties say that the Strouds are the only plaintiffs left in the case. But this is not reflected on the docket. What is the status of plaintiffs Jerry Van Wormer, Randy Palmer, Joyce Palmer, Adam Kofoid, Bradley Hopper, Crystal Hopper, Corey Warden, Julie Warden, and Beverly Strain Eads? They were not mentioned in plaintiffs' motion for voluntary dismissal, № 132, and are still parties of record. Please advise the Court.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2014