IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY VAN WORMER; RANDY PALMER; JOYCE
PALMER; ADAM KOFOID; BRADLEY HOOPER;[1]
CRYSTAL HOOPER; COREY WARDEN; JULIE
WARDEN; DALE STROUD; KARI STROUD;
and BEVERLY STRAIN EADS, Trustee of the
Beverly Strain Eads Revocable Living Trust               PLAINTIFFS

v.                  No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY COMPANY and
SEECO, INC.                                              DEFENDANTS

### ORDER

The Court appreciates counsel's explanation about which plaintiffs are still in the case and the reminder about the XTO and Chesapeake dismissals. № 146. All plaintiffs except Dale and Kari Stroud are terminated as parties. The Court directs the Clerk to so note in the docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2014

---

[1] The Clerk should also change the last names Hopper to Hooper as spelled in the Amended Complaint, № 91.