IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBBIE HILL; GWENNA HILL; JOSEPH SMITH;
CATHERINE SMITH; KATHY L. HAMILTON;
JERRY VAN WORMER; RANDY PALMER; JOYCE
PALMER; LARRY KING; MARGARET KING; ADAM
KOFOID; BRADLEY HOOPER; CRYSTAL HOOPER;
COREY WARDEN; JULIE WARDEN; DALE STROUD;
KARI STROUD; and BEVERLY STRAIN EADS,
Trustee of the Beverly Strain Eads Revocable Living
Trust                                                                         PLAINTIFFS

v.                                    No. 4:12-CV-500-DPM

SOUTHWESTERN ENERGY COMPANY;
CHESAPEAKE ENERGY; XTO ENERGY;
and SEECO, INC.                                                         DEFENDANTS

## JUDGMENT

1. The civil Rico, civil conspiracy, breach of contract, breach of the covenant of good faith and fair dealing, conversion, and Arkansas Deceptive Trade Practices Act claims are dismissed without prejudice.

2. The Strouds' remaining claims are dismissed with prejudice.

3. The remaining claims of Robbie and Gwenna Hill, Joseph and Catherine Smith, Kathy Hamilton, and Larry and Margaret King are dismissed with prejudice.

4. The remaining claims of Beverly Strain Eads, Randy and Joyce Palmer, and Jerry Van Wormer are dismissed with prejudice.

5. The remaining claims of Corey and Julie Warden, Bradley and Crystal Hooper, and Adam Kofoid are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2015