IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DALE STROUD and KARI STROUD**  PLAINTIFFS

v.  No. 4:12-cv-500-DPM

**SOUTHWESTERN ENERGY COMPANY
and SEECO INC.**  DEFENDANTS

## ORDER

The Court has received the Judgment and Mandate from the Court of Appeals. № 179 & 180. The Court would appreciate, and benefit from, the parties' suggestions on a schedule for handling the case. What needs to be done before we have a trial? Please confer and, if there is a mutually acceptable plan, file a joint report explaining it by 28 June 2017. If there is disagreement, file separate status reports by that date. The Court will hold a status conference, if need be, thereafter.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2017