IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALE STROUD; and
KARI STROUD                                                        PLAINTIFFS

v.                          No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY; and SEECO INC.                                         DEFENDANTS

ORDER

The Court appreciates the expedited response, № 201, and the reply, № 202. The motion, № 195, is granted. The document issues need resolution before more Defendants' witnesses are deposed. The 30 October 2017 discovery deadline is suspended. But, Defendants should proceed with any agreed supplemental productions; and the parties should proceed with Plaintiffs' depositions scheduled for 20 October 2017. At the end of those depositions, counsel should confer at length in person about all existing discovery disputes, № 194 and 200. The Court encourages compromise from each side. Joint report listing remaining disputes due by 31 October 2017. On a mutually convenient date thereafter, the Court will hold a hearing on disputed issues and the new motion for sanctions, № 203.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

17 October 2017