IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALE STROUD; and
KARI STROUD                                                                    PLAINTIFFS

v.                                   No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY; and SEECO INC.                                          DEFENDANTS

## ORDER

The Court held a hearing on the parties' discovery disputes. Joint reports, № 194, № 200, & № 210, addressed. For the reasons stated on the record, the motion to strike, № 203, is denied. Proposed new deadlines due by 20 December 2017. Supplemental responses from both sides due by 16 January 2018. Plaintiffs must complete the two Court-ordered depositions by 31 January 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 December 2017