# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DALE STROUD and
KARI STROUD                                              PLAINTIFFS

v.                          No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY and SEECO, INC.                                  DEFENDANTS

## ORDER

Motion, № 231, granted.  Joint report with a proposed alternative

to the Teff deposition due by 2 February 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2018