IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALE STROUD and
KARI STROUD                                                                PLAINTIFFS

v.                            No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY and SEECO, INC.                                                    DEFENDANTS

## ORDER

SEECO's motion for summary judgment, № 264, is denied without prejudice as premature. The Court suspended the Scheduling Order approximately six weeks ago, and ordered various steps regarding the parties' discovery disputes. № 260 at 1. The Court must resolve those disputes; then the parties must finish discovery, including expert disclosures. The Court will set a date, which will be after all those events, for a potentially dispositive motion. The Strouds' motion for an extension, № 267, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2018