# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DALE STROUD and**
**KARI STROUD**                                                    **PLAINTIFFS**

**v.**                              **No. 4:12-cv-500-DPM**

**SOUTHWESTERN ENERGY**
**COMPANY and SEECO, INC.**                          **DEFENDANTS**

## ORDER

The Court received the attached letter from the Defendants' counsel. There's no need for the Defendants to retain an e-discovery consultant for the upcoming hearing. Ms. Blythe can speak for them on these issues.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2018



Hunton Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
+1.713.220.4200 Phone
+1.713.220.4285 Fax
HuntonAK.com

Michele R. Blythe
+1.713.220.3652 Phone
MicheleBlythe@HuntonAK.com

July 25, 2018

<u>*Via Email*</u>

Honorable Judge D.P. Marshall Jr.
U.S. District Court for the
Eastern District of Arkansas
600 W. Capitol Ave., Room B149
Little Rock, Arkansas 72201

> Re:   *Robbie and Gwenna Hill, et al. v. Southwestern Energy Company, et al.*;
> Docket No. 4:12-CV-00500-DPM; in the United States District Court for
> the Eastern District of Arkansas

Dear Judge Marshall:

On behalf of Defendants SEECO, Inc. and Southwestern Energy Company (collectively, "Defendants"), this letter requests clarification on procedural matters related to the August 10, 2018 hearing. Your Honor's Order setting the hearing states that "[t]he parties' e-discovery consultants must attend . . . ." Order dated May 18, 2018 (Dkt. #260) at 1. As Your Honor is aware, I have been advising Defendants on issues related to e-discovery in this litigation. Thus, Defendants have not retained a separate e-discovery consultant.

I have advised clients on e-discovery issues for over fifteen years. In 2010, I was nominated to be a member of The Sedona Conference's Working Group 1 on Electronic Document Retention and Production and I have been involved in Sedona's development of guidelines and best practices for e-discovery since that time.

As a part of my e-discovery practice, I have worked with Defendants on this litigation and numerous other cases since 2011 and I am very familiar with their employees, record management systems, and information including email. I will be fully prepared to answer Your Honor's questions at the hearing on the search terms proposed by Plaintiffs. I am knowledgeable on the issues in this case as well as the information that Defendants have in their possession, custody or control relevant to those issues.

Please confirm whether my participation in the August 10, 2018 hearing complies with the Order or whether Defendants are required to retain a consultant specifically for purposes of the hearing. Please let me know if I can provide any further information.

Respectfully yours,

Michele R. Blythe

cc:     Timothy R. Holton [*via* Email]
        John R. Holton
        HOLTON LAW FIRM, PLLC
        296 Washington Avenue
        Memphis, Tennessee  38103

        Michael P. McGartland [*via* Email]
        MCGARTLAND LAW FIRM, PLLC
        1300 South University Drive
        Suite 500
        Fort Worth, Texas  76107

        Michael D. Morfey [*via* Email]
        HUNTON ANDREWS KURTH LLP
        600 Travis, Suite 4200
        Houston, Texas  77002

        G. Alan Perkins [*via* Email]
        James D. Rankin, III
        PPGMR LAW, PLLC
        101 Morgan Keegan Dr., Suite A
        Little Rock, Arkansas  72202

July 25, 2018
Page 3

bcc:    Billy D. Dixon, Esq. [*via* Email]
        Southwestern Energy Company
        10000 Energy Drive
        Spring, Texas  77389