IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALE STROUD and
KARI STROUD                                                PLAINTIFFS

v.                        No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY and SEECO, INC.                                    DEFENDANTS

## ORDER

For the reasons stated on the record at the 10 August 2018 hearing, the Court resolves the parties' joint reports, № 250 and № 259, as directed from the bench. A Sixth Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2018