## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBBIE HILL; GWENNA HILL;
JOSEPH SMITH; CATHERINE SMITH;
KATHY L. HAMILTON;
JERRY VAN WORMER; RANDY
PALMER; JOYCE PALMER; LARRY
KING; MARGARET KING;
ADAM KOFOID; BRADLEY
HOOPER; CRYSTAL HOOPER;
COREY WARDEN; JULIE WARDEN;
BEVERLY STRAIN EADS, Trustee
of the Beverly Strain Eads Revocable
Living Trust; DALE STROUD; and
KARI STROUD                                        PLAINTIFFS

v.                          No. 4:12-cv-500-DPM

SOUTHWESTERN ENERGY
COMPANY; CHESAPEAKE
ENERGY; XTO ENERGY; and
SEECO, INC.                                        DEFENDANTS

### JUDGMENT

1. All claims against Chesapeake Energy are dismissed with prejudice.

2. All claims against XTO Energy, Inc., are dismissed without prejudice.

**3.** All claims against Southwestern Energy Company and Seeco, Inc., by Robbie and Gwenna Hill, Joseph and Catherine Smith, Kathy Hamilton, and Larry and Margaret King are dismissed with prejudice.

**4.** All of Dale and Kari Stroud's claims against Southwestern Energy Company and Seeco, Inc., are dismissed with prejudice based on the remaining parties' stipulation.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*13 November 2018*